Plaintiff: Jared Richardson
JID: 7071107; BKG: 1524993
N.J., C/43, P.O. Box 872
Fresno, CA. 93712

RECEIVED
MAY 18 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
MAY 18 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Richardson
(Plaintiff)

Case no. 1:17 CV 00684 ::: BAM PC

v.

Corizon Health Care, M. Akioyame, B. Turk, Dulces N. Gonzalez, H. Mehlhoff, Mike Stribling, May Yang, Harold R Turl, Captain J Horton, Edward Crossman, Dr. Qadam, Lucas, Lt. Duran, Capt. Vega, Asst. Sheriff Gattie, Sheriff Mimms
(Defendants)

42 U.S.C. 1983 Civil Rights Complaint for Declaratory Relief, Injunctive relief, and mandate and punitive, (exemplative and Compensatory monetary damages.

(The format of the following was taken directly from the official Judicial Counsell Form 42 U.S.C. 1983, rev. 4/4/14.)

I. Previous Lawsuits

None.

II. Exhaustion of Administrative Remedies

Fresno County Jail (FCJ) administrative remedies are described in the FCJ Policy and Procedure (PnP) no. E-140, rev. 12/16/13, authorized by Sheriff Mimms. Pertinent parts are cited below.

Title: "Inmate Grievance Procedure"

"Purpose: ... to seek formal review of ... any aspect of his/her confinement that is subject to the Sheriffs authority. ... to resolve legitimate complaints in a timely manner."

1. "Policy:... [to] provide the best and most expedient resolution to the complaint...
2. and also allow for appeal...."
3. "Procedures:
4. "II. Filing a Grievance;... D.... Problems that arise from... closely related issues,
5. may be submitted on one form...."
6. "III. Request and Routing of Inmate Grievance Forms:... A. Inmates... may submit
7. [a grievance] within 14 calendar days from the date of the incident... Unless the
8. condition... is ongoing..."
9. "IV. Grievance Process:... A) Grievances shall be.... process for review... usually
10. within fourteen calendar days... E) An inmate who is dissatisfied with a response to a
11. grievance may appeal within five calendar days"
12. A.) Yes, there is an inmate appeal or administrative remedy process available
13. B.) Yes, I have filed an appeal and a grievance concerning ALL facts in
14. this complaint.
15. C. Yes, the process is complete.
16. Below is a timeline of what happened at each level.
17. 
18. As far as November 6, 2015 I had filed numerous Corizon Health
19. Request Forms regarding a request to receive gender affirmative
20. health care. (GAHC)
21. On December 18, 2015 I file grievance (#2015120222); grievance comes
22. back SUSTAINED however the Reviewer would not awknowledge my request for GAHC.
23. On January 10, 2016 I receive the grievance, unsatisfied by the response
24. of (#2015120222) I file an appeal explaining that Corizon would address my
25. medical need.
26. January 20, 2016 I file grievance (#2016020001) asking that I am
27. under alot of stress and I want to know if I could speak to an official on
28. why I am being mistreated medically.

1. On Febuary 29, 2016 a Harold R Turl ignores the Gender Affirmining
2. Treatment request as well as speaking to an official. Grievance is not sustained
3. because although I was seen by a psychiatrist I was never treated for my
4. depression from Gender Dysforia.
5. On June 17, 2016 I express through grievance that I am tired of feeling
6. depression, anxiety, self-hatred which causes me to inflict harm on myself. I get
7. no reply.
8. On april 29, 2016 the appeal to grievance (#2015120222) is returned
9. beyond the 30 business day deadline. I was told the reason why they ignore
10. my request for horemone replacement therapy (hrt) was because of Corizon's
11. policy to not initiate HRT, gender affirming health care only continue to.
12. On July 23, 2016 a fourth grievance expressing a serious medical need.
13. That I was feeling extremely upset and not fatible to eat, excercise or shower
14. without inflicting harm to myself afterwards. That I felt disconnected from myself.
15. I was seen by a Corizon Employee the night I turned the grievance in however
16. I was told I will not get any form of gender affirming health care.
17. On January 21, 2017, I again start to file medical requests to be
18. evaluated by a psych. (#159732)
19. On febuary 22, 2017, a DA 30 Day Review I requested I haven't
20. been seen by a psych yet and that the anti-depressants are not working,
21. that my anxiety has gotten worse, I suffer from severe depression and was
22. feeling extreemly paranoid. I also asked that my meds be adjusted.
23. On March 7th, 2017, I place a medical request form (#166241) to be
24. evaluated for a serious medical need.
25. On March 10th, 2017, I placed another medical request form (#159749) regarding
26. my serious issue. I explained I attempted to remove my testicles with a floss loop
27. and a razor. On the same day I complain of the pain of my failed attempt. Seen by
28. May Wang psychiatric RN. Told I cannot persue Gender Affirming Health Care.

Feeling less than human I carve into my chest and inner thighs "surgical marks" of what I want to fix. (On March 10, 2017; breast; 11, 2017 on thighs).

On March 14, 2017 I receive a "no longer ADA criteria"; I placed a grievance directly to Sgnt. Moreno (#2017030137).

On March 17, 2017 I'm seen by Michael Stribling who tells me, "I am not qualified to evaluate you", "He made a mistake on my appointment."

On March 9, 2017, I file grievance (#2017030096) concerning Corizon's policy, how I suffered, explaining how I suffer in fear, pain and depression. My grievance is not sustained due to my poor compliance with medication. Corizon once again ignore my hrt request.

March 27, 2017, I was seen by a psych who was not qualified once again to help me.

On March 31, 2017 I file a grievance appeal form (#2017030096) again pleading to be evaluated by someone qualified for Gender Dysforia, to receive treatment and that I really need help, that they are neglecting treating me and in doing so it is deliberate mal practice. I also ask to be seen by an OBGYN (request 16608B).

On April 7, 2017, I placed a medical request to be seen by a qualified psych for Gender Dysforia. This week I cut myself, contemplated cutting off my testicle again.

Finally fed up with Corizon's prejudice I grieve to ada/disability explaining how ada and FC) have breached their duties of protecting me causing proximate cause. That I have self hatred and liable to harm myself due to my gender incongruence.

### III. Defendants

Defendant M. Akioyame is employed as a LVN for Corizon Health at Fresno County Jail; 1225 M Street, Fresno, CA 93721.

1  Defendant Dulce Gonzalez is employed as a RN supervisor for Corizon Health at
2  Fresno County Jail; 1225 M Street, Fresno, CA 93721.
3  Defendant H. Mehlhoff is employed as a Supervising RN for Corizon Health at
4  Fresno County Jail; 1225 M Street, Fresno, CA 93721.
5  Defendant M. Stribling is employed as a LMFT for Corizon Health at Fresno
6  County Jail; 1225 M Street, Fresno, CA 93721.
7  Defendant Lucas is employed as a LMFT for Corizon Health at Fresno County
8  Jail; 1225 M Street, Fresno, CA 93721.
9  Defendant B. Turk is employed as a LVN for Corizon Health at Fresno
10 County Jail; 1225 M Street, Fresno, CA 93721.
11 Defendant M. Vang is employed as a Psychiatric RN for Corizon Health at Fresno
12 County Jail; 1225 M Street, Fresno, CA 93721.
13 Defendant Harold R. Turl is employed as a Ph.D MHS for Corizon Health
14 at Fresno County Jail; 1225 M Street, Fresno, CA 93721.
15 Defendant Edward Crossman is an LMFT MH Supervisor for Corizon Health
16 at Fresno County Jail; 1225 M Street, Fresno, CA 93721.
17 Defendant Dr. Qadam Ph.D is an doctor for Corizon Health at
18 Fresno County Jail; 1225 M Street, Fresno, CA 93721.
19 Defendant J. Horton is employed as a Captain at Fresno County Jail;
20 2200 Fresno St. Fresno, CA 93721
21 Defendant Duran is employed as an Lieutenant at Fresno County Jail;
22 2200 Fresno St. Fresno, CA 93721
23 Defendant Vegas is employed as a Captain at Fresno County Jail;
24 2200 Fresno St. Fresno, CA 93721
25 Defendant B. Moreno is employed as a Sergeant a Fresno County Jail;
26 2200 Fresno St. Fresno, CA 93721
27 Defendant Gattie is employed as an assistant Sheriff at the
28 Sheriff's office at 2200 Fresno St. Fresno, CA 93721

1. Defendant M. Mims is employed as the Sheriff for the Fresno County Sheriff's Department at 2200 Fresno St. Fresno, CA 93721.

2. Each defendant is sued individually and in his or her official capacity. At all times this complaint each defendant acted under the color of state law.

## IV. Cause of action

Claim 1: Corizon Health denied me necessary gender affirming care because of a policy which blankets individual situations into a "one plan treats all", rather than an individualized medical evaluation, which I requested several times. This is negligence and it applies to the 5th Amendment.

Supporting Facts: Plaintiff realleges and incorporates by reference section (II. Exhaustion of administrative Remedies). From as far as November 16, 2015 I have expressed that I have severe depression due to Gender Dysforia and asked to receive gender affirm health care. Every sick call, dates available at request; (too numerous to recall), I have brought it up. I spoken to M. Stribling about this issue numerous times, I've gone to safety cells and spoke with LMFT Lucas and LMFT Supervisor E. Crossman asking for treatment. I was sent to medical to speak with D. Gonzalez, M. Vang told Corizon doesn't consider gender identity disorder a real thing, isn't serious or that I will not receive treatment unless I was on it before. Every grievance I placed came back with a not sustained reply; which distorted my grievance procedure rights. Because of M. Akiyame, H Mehlhoff, B. Turk, E. Crossman, J. Horton, Duran, Moreno, and Gattie who never accurately or appropreately responded or covered my grievances by not addressing the issues.

Claim 2: Corizon Health and Fresno County Jail staff/administrators were deliberately indifferent to my serious medical needs and I was hurt because of it. After expressing how severe my depression was starting, jail officials intentionally ignored the issue by telling me I could only receive treatment if I were on it and that there was no one qualified at Corizon who could assist me. M. Stribling, Jo Horton, M. Vang, E. Crossman were the defendants from the grievances or actual visits who told that they will not initiate HRT unless I had a prescription on "the streets." Because of this I tried to castrate myself and commit suicide. On normal days I would cut myself, a violation of my 5th and 8th amendment rights.

Supporting Facts: Jail officials, all named in Section III, deliberately ignored not only my requests for GID evaluation but did not accurately adhere to the issues given in each and every grievance as listed in section II. Corizon Health officials: M. Akiuyame, D. Gonzalez, H. Mehlhoff, M. Stribling, Lucas, Turk, M. Vang, H. Turl, E. Crossman, Quadam were deliberately negligant when I requested gender affirmative treatment. These and many other unknown employees ignored my requests for evaluation, even when I brought this matter to Honorable Judge Hill who injunction that I be given treatment.

Claim 3: Jail staff violated my 8th amendment right by not keeping me safe from risk of serious harm.

Supporting facts: Due to gender dysforia and severe depression I am at a serious risk of harm from myself and other. I expressed this in a letter I wrote to Sheriff Mims on 3/29/17. Every grievance I filed explained how severe my depression grew due to my gender identity disorder.

Jail officials (defendants) overlooked the content in my grievances which was my only link to communicate with them. I expressed that I was extremely suicidal or on days I requested to be seen by a psych for crisis I was told to wait or put in a request so I would cut myself in the shower. I was not the only one hurting myself as I have left two pods (dorms) and asked an officer to remove someone because of sexual assult. The jail adhered to those requests but penalized me twice causing me to go into a safety cell.

## V. Relief

Plaintiff respectfully prays for relief as follows:

1. I ask that FCJ promulgates a policy and procedure that trains and certifies staff members to become "gender classification specialist", have a written plan that accurately assigns transgender inmates to a housing unit of our own. Be classified as our gender identity rather than genitalia. Provides a train physician who has experience with transgender people and able to prescribe gender affirming health care.

2. I ask that I am granted a preliminary injunction to receive gender affirming care (i.e. progestin, carotene, psychotherapy) and other nessecities.

3. I ask that all transgender inmates receive the same transitional treatment afforded to transgenders in prison.

4. To be awarded hormone therapy and every gender treatment.

5. I ask for psych treatment specifically for gender identity induced depression as I wait.

6. Award Plaintiff costs and reasonable attorney fees;

7. Award Plaintiff punitive, compensatory and/or exemplative monetary damages in amount to be determined at trial;

8. Provide policy that will enforce relief to other transgender inmates who suffer in Fresno County Jail.

9. Grant Plaintiff other and further relief as the court may see fit.

I declare under penalty of perjury that the foregoing is true and correct.

April 30, 2017
Date

*Plaintiff*
Jared Richardson