# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED RICHARDSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CORIZON HEALTH CARE, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00684-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 16) |

Plaintiff Jared Richardson, also known as Janette Ryukuza Murakami ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action while detained in the Fresno County Jail.

On January 26, 2018, the Magistrate Judge screened Plaintiff's first amended complaint under 28 U.S.C. § 1915A, and found that it stated a cognizable claim against Defendants Crossman and Vang for inadequate medical care in violation of the Fourteenth Amendment, but failed to state any other cognizable claims against any other defendants. The Magistrate Judge therefore provided Plaintiff with an opportunity to file a second amended complaint or notify the Court of her willingness to proceed only on her cognizable claims. (ECF No. 14.) On February 16, 2018, Plaintiff notified the Court of her willingness to proceed only on her cognizable claims. (ECF No. 15.)

///

1

On February 22, 2018, the Magistrate Judge issued findings and recommendations that: (1) this action proceed on Plaintiff's first amended complaint, filed on December 26, 2017, for inadequate medical care in violation of the Fourteenth Amendment against Defendants Crossman and Vang; and (2) all other claims and Defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (ECF No. 16.) The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. No objections have been filed, and the deadline in which to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on February 22, 2018, (ECF No. 16), are adopted in full;
2. This action shall proceed on Plaintiff's first amended complaint, filed December 26, 2017, (ECF No. 13), for inadequate medical care in violation of the Fourteenth Amendment against Defendants Crossman and Vang;
3. All other claims and Defendants are dismissed based on Plaintiff's failure to state claims upon which relief may be granted; and
4. This action is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **March 19, 2018**          /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE

2