# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED RICHARDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CORIZON HEALTH CARE, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00684-LJO-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>(ECF No. 26)<br><br>ORDER VACATING AUGUST 29, 2018 SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE BOONE |

      Plaintiff Jared Richardson, also known as Janette Ryukuza Murakami, ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On June 19, 2018, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. The Court's order granted Defendants Crossman and Vang time to investigate and determine whether to opt out of the post-screening ADR project.

      On July 2, 2018, Defendants filed a notice to opt out of the post-screening ADR project. Defendants have indicated that Plaintiff has advised that she does not believe that Defendants have violated her rights and that she wishes to dismiss the lawsuit. Defendants are forwarding to Plaintiff a proposed stipulation for dismissal of this action.

///

1

| | |
|---|---|
| 1 | After reviewing the motion, the Court finds good cause to grant Defendants' request. |
| 2 | Therefore, the stay is lifted, and the August 29, 2018 settlement conference is vacated. |
| 3 | Furthermore, the Court will withhold issuance of a discovery and scheduling order at this time to |
| 4 | allow the parties an opportunity to submit the proposed stipulation for dismissal to the Court. |

After reviewing the motion, the Court finds good cause to grant Defendants' request. Therefore, the stay is lifted, and the August 29, 2018 settlement conference is vacated. Furthermore, the Court will withhold issuance of a discovery and scheduling order at this time to allow the parties an opportunity to submit the proposed stipulation for dismissal to the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant(s)' motion to opt out of the post-screening ADR project (ECF No. 27) is granted, and the stay of this action (ECF No. 26) is lifted;

2. The August 29, 2018 settlement conference is vacated; and

3. The Court will withhold issuance of a discovery and scheduling order for thirty (30) days from the date of service of this order to allow the parties an opportunity to submit a stipulation for dismissal to the Court.

IT IS SO ORDERED.

Dated: **July 5, 2018**             /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE