# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED RICHARDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CORIZON HEALTH CARE, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00684-LJO-BAM (PC)<br><br>ORDER REGARDING STIPULATED DISMISSAL OF ACTION<br><br>(ECF No. 30) |

Plaintiff Jared Richardson, also known as Janette Ryukuza Murakami, ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. Currently before the Court is a stipulation for voluntary dismissal with prejudice filed by defense counsel.[1] (ECF No. 30.) The stipulation is signed and dated by Plaintiff and counsel for all Defendants who have appeared in this action, and indicates that each party shall bear its own costs and fees.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 17, 2018**         /s/ *Barbara A. McAuliffe*         
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Although the stipulation cites to Federal Rule of Civil Procedure 41(b), Rule 41(a)(1)(A)(ii) is applicable here. Nevertheless, the intent of the parties is clear.

1